IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARY VALESTINE | : | |
| MILLER TURNER | : | |
| *Plaintiff,* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 23-CV-4698 |
| | : | |
| DHL EXPRESS COURIERS, *et al.* | : | |
| *Defendants.* | : | |

## ORDER

AND NOW, this 27th day of December, 2023, upon consideration of Plaintiff Mary Valestine Miller Turner's Motion to Proceed *In Forma Pauperis* (ECF No. 1), Motion to Request Reconsideration to File in the Form of Pauper (ECF No. 5), and *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Turner's Motion to Request Reconsideration is **GRANTED**.

2. The Court's Order filed December 5, 2023 (ECF No. 4) is **VACATED**.

3. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

4. The Complaint is **DEEMED** filed.

5. The Complaint is **DISMISSED WITH PREJUDICE** for the reasons in the Court's Memorandum.

6. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**GERALD J. PAPPERT, J.**